UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| Carl Smith,<br><br>                    Plaintiff,<br>v.<br><br>Oxford Law, LLC; and<br>DOES 1-10, inclusive,<br><br>                    Defendants. | : <br>: <br>: <br>: <br>: Civil Action No.:  2:12-cv-00188-RWS<br>: <br>: <br>: <br>: <br>: <br>: |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: March 18, 2013

          Respectfully submitted,

          /s/ Cara Hergenroether, Esq.
          Georgia Bar No. 570753
          Attorney for Plaintiff Carl Smith
          LEMBERG & ASSOCIATES L.L.C.
          1400 Veterans Memorial Highway
          Suite 134, #150
          Mableton, GA 30126
          Telephone: (855) 301-2100 ext. 5516
          Facsimile:   (888) 953-6237
          Email: chergenroether@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2013, a true and correct copy of the foregoing Notice of Settlement was filed with the Clerk of Court via the CM/ECF System and that the document is available on ECF system.

/s/ Cara Hergenroether
Georgia Bar No. 570753
Attorney for Plaintiffs

LEMBERG & ASSOCIATES L.L.C.
1400 Veterans Memorial Highway
Suite 134, #150
Mableton, GA 30126
Telephone: (855) 301-2100 ext. 5516
Email: chergenroether@lemberglaw.com

Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424