# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| Carl Smith, | : |
|           Plaintiff, | : |
| v. | : Civil Action No.: 2:12-cv-00188-RWS |
| Oxford Law, LLC; and DOES 1-10, inclusive, | : |
|           Defendants. | : |

## STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff Carl Smith and Defendant, Oxford Law, LLC, L.L.C., by and through the undersigned counsel, have agreed to the Stipulated Dismissal of all claims asserted in this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Plaintiff Carl Smith dismisses *with prejudice* all claims asserted in this matter. Each party shall bear its own attorney's fees and costs.

## CERTIFICATE OF FONT TYPE AND SIZE

Undersigned counsel hereby certifies that the foregoing has been prepared with Times New Roman 14-point Font, as approved in LR5.1C.

[SIGNATURES CONTAINED ON FOLLOWING PAGE.]

Respectfully submitted this 2nd day of May, 2012.

| **LEMBERG & ASSOCIATES L.L.C.** | **BEDARD LAW GROUP, P.C.** |
|---|---|
| /s/ Cara Hergenroether, Esq. | /s/ Michael K. Chapman |
| Cara Hergenroether, Esq. | Michael K. Chapman |
| Georgia Bar No.: 570753 | Georgia Bar No. 322145 |
| *Attorney for Plaintiff Carl Smith* | *Attorneys for Defendant Oxford Law, LLC* |
| 1400 Veterans Memorial Highway | 2810 Peachtree Industrial Blvd., |
| Suite 134, #150 | Suite D |
| Mableton, GA 30126 | Duluth, Georgia 30097 |
| Telephone: (855) 301-2100 ext. 5516 | Telephone: 678.253.1871 |
| Facsimile: (888) 953-6237 | Facsimile: 678.253.1873 |
| Email: chergenroether@lemberglaw.com | Email: mchapman@bedardlawgroup.com |

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2013, I electronically filed the foregoing STIPULATED DISMISSAL WITH PREJUDICE using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>John H. Bedard
>Michael Chapman
>Bedard Law Group, P.C.
>2810 Peachtree Industrial Boulevard, Suite D
>Duluth, Georgia 30097
>*Attorneys for Defendant Oxford Law, LLC*

>s/Cara Hergenroether
>Georgia Bar No. 570753
>Attorney for Plaintiff

LEMBERG & ASSOCIATES L.L.C.
1400 Veterans Memorial Highway
Suite 134, #150
Mableton, GA 30126
Telephone: (855) 301-2100 ext. 5516
Email: chergenroether@lemberglaw.com

Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424